# Richmond

## WILLIAM H. LOWE v. BELLOWS & SQUIRES COMPANY, INC., ET AL.

April 13, 1942.

Record No. 2482.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Browning and Spratley, JJ.

*Ammon G. Dunton, E. Garnett Mercer, Jr., George E. Allen* and *George E. Allen, Jr.*, for the appellant.

*R. O. Norris, Jr.* and *F. V. Watkins*, for the appellees.